FLORENCE L. RISK, Respondent, *v.* JAMES RISK, Appellant.

*Appeal — reversal of judgment denying separation and remittance of matter to Special Term to fix alimony — appeal therefrom dismissed.*

*Risk v. Risk*, 202 App. Div. 299, appeal dismissed.

(Argued October 5, 1923; decided October 23, 1923.)

APPEAL from a judgment, entered August 1, 1922, upon an order of the Appellate Division of the Supreme Court in the first judicial department reversing a judgment in favor of defendant and directing judgment in favor of plaintiff in an action for a separation and remitting the matter to the Special Term to fix the amount of alimony.

*Walter L. Glenney, Jerome A. Peck* and *Everett W. Bovard* for appellant.

*Henry W. Hardon* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.